In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-24-00138-CV
_____

**MICHAEL W. PALMER, Appellant**

**V.**

**CLEVELAND INDEPENDENT SCHOOL DISTRICT, Appellee**

_____

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. 24DC-CV-00432**
_____

**MEMORANDUM OPINION**

On April 15, 2024, Michael W. Palmer filed a notice of appeal in Trial Cause Number 24DC-CV-00432. The notice of appeal complains that the trial court has not drafted a docket control order. We notified the parties that the notice of appeal did not identify a final judgment or an appealable order, and we warned the parties that the appeal would be dismissed for lack of jurisdiction unless the Court received a response showing a ground for continuing the appeal.

1

Generally, in civil cases appellate courts review only final judgments and interlocutory orders specifically made appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An appeal from an interlocutory order may proceed as an accelerated appeal "when allowed by statute[.]" *See* Tex. R. App. P. 28.1. The appellant has failed to comply with the notice from the clerk requiring action within a specified time. *See id.* 42.3(c). Palmer failed to file a response or identify a final judgment or a written order from which an appeal is authorized by law. Accordingly, we dismiss the appeal. *See id*. 42.3(a), (c), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 12, 2024
Opinion Delivered June 13, 2024

Before Golemon, C.J., Horton and Wright, JJ.